# United States Court of Appeals
## For the First Circuit

---

No. 15-1200

BARRY H. SPENCER,

Plaintiff, Appellant,

v.

DONALD KEENAN; WILLIAM DWAN; TIMOTHY LYNCH,

Defendants, Appellees,

ANNIE DOOKHAN; COMMONWEALTH OF MASSACHUSETTS,

Defendants.

---

Before

Torruella, Thompson and Kayatta,
Circuit Judges.

---

**JUDGMENT**

Entered: July 8, 2015

Since appellant seeks to appeal an order which neither disposes of all claims against all parties nor falls within the collateral order doctrine, see, e.g., Cady v. Walsh, 753 F.3d 348, 358 (1st Cir. 2014), this court lacks jurisdiction to consider the appeal.

Dismissed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Maura T. Healey
Erika Paula Reis
Barry H. Spencer II