Barry Spencer II
#95357-038
FCI Otisville
PO Box 1000
Otisville, NY 10963-1000
June 10, 2017

Clerk of Court for
Honorable Denise Casper
US District Court
1 Courthouse Way
Boston, MA 02210

RE: Change of Address & Status Report
    Spencer V Dookhan
    No. 13-cv-11431-DJC

Dear Honorable Casper,

In light of your recent request concerning the status of case SUCR2011-10040, both cases have been adjudicated: 1) case is now in the appellate process and the second is being reviewed for the same although I pled guilty.

The case is ready to move forward on the issues of excessive force along with battery, as I recall. Howver, the 2004 case was overturned and now active as Spencer v Farak in this court, and i was acquitted of one of the cases in the 2006 case and is now active as Spencer v Dookhan in this court both under the review of Justice Indira Talwani I can not recall the docket numbers, where as all my legal papers and material involving this case and the others is held hostage at MCI Shirley and has not been mailed to me, albeit, illegally I was denied to be able to take all my legal and religious items being pro se.

I request that this court ORDER MCI Shirley to Provide me my materail it, US Marshal and BOP Denied me. I would expect this will be done at the Government's expense.

In addition, I have moved to consolidate this case with the two others mentioned herein, same officer defendants in order to save the court time and parties expenses i.e. same discovery issue.

I believe there should be an issue of appointment of counsel due to my incarceration, inability to investigate, conduct discovery and cross examine defendents See Hodges v Police Officer, 802 F.2d 58, 61-62.

    I would expect to hear from this court on the herein mentioned issue, especially the issue of being deprived my access to court, to quote "meaningful access" Bounds v Smith, at 823 quoted in Lewis v Casey, 518 US 343, 351.

    Thank you for addressing these matters. Oh yea, the Federal case is under Appellate Review and an answer should be issued soon.

                                    Respectfully,

                                    Barry Spencer II

Cc    File
      Erika P. Reis City of Boston
      Justice Indira Talwani